NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MALIK H. SWINTON,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2025-1583

---

Petition for review of the Merit Systems Protection Board in No. CH-844E-22-0208-I-2.

---

**ON MOTION**

---

Before TARANTO, CUNNINGHAM, and STARK, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Malik H. Swinton filed an appeal to the Merit Systems Protection Board from a decision of the Office of Personnel Management (OPM) denying his application for disability retirement. The Board affirmed OPM's decision and rejected Mr. Swinton's affirmative defenses of disability

discrimination and retaliation. Mr. Swinton then petitioned this court for review of that decision. Because Mr. Swinton indicated that he wishes to pursue judicial review of his discrimination claims, this court directed the parties to show cause why this case should not be transferred to federal district court. In response, OPM supports transfer to the United States District Court for the Northern District of Indiana, where Mr. Swinton resides. Mr. Swinton has not responded. OPM also submits a motion for leave to submit a corrected response to the show cause order.

Federal district courts, not this court, have jurisdiction over "[c]ases of discrimination subject to the provisions of [5 U.S.C. §] 7702," 5 U.S.C. § 7703(b)(2)—i.e., cases in which the employee or applicant alleges that a basis for an action which may be appealed to the Board was discrimination under a covered statute, *id.* § 7702. *Perry v. Merit Sys. Prot. Bd.*, 582 U.S. 420, 437 (2017). That jurisdictional rule applies to cases alleging a disability retirement decision was based at least in part on covered discrimination. *See Ash v. OPM*, 25 F.4th 1009, 1011 (Fed. Cir. 2022). Here, Mr. Swinton alleged that the action was based, at least in part, on covered discrimination such that his case belongs in district court. Under the circumstances, we find it appropriate to transfer to the United States District Court for the Northern District of California, where the relevant employment records may be maintained. *See* 42 U.S.C. § 2000e-5(f)(3); 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

(1) This matter and all case filings are transferred to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1631.

SWINTON v. OPM                                                                3

    (2)  OPM's motion for leave to submit a corrected response is granted.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

<u>August 12, 2025</u>
      Date